IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMILLAH HARRIS,** | : | **CIVIL ACTION** |
| v. | : | |
| | : | No. 22-cv-3460 |
| **ELI LILLY PHARMACEUTICALS** | : | |

## ORDER

AND NOW, this 12th day of March, 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 6) and Plaintiff's Response in Opposition, it is hereby ORDERED that Defendant's motion is GRANTED. Plaintiff's Complaint is hereby DISMISSED.

BY THE COURT:

_____
Hon. Mia R. Perez